IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Cellular Communications Equipment LLC | § | |
| | § | Civil Action No. 6:14-cv-759-LED |
| Plaintiff, | § | |
| v. | § | |
| | § | Jury Trial Demanded |
| Samsung Electronics Co., Ltd., | § | |
| Samsung Electronics America, Inc., | § | |
| Samsung Telecommunications America, | § | |
| LLC, | § | |
| AT&T Inc., | § | |
| AT&T Mobility LLC, | § | |
| Verizon Communications, Inc., | § | |
| Cellco Partnership d/b/a Verizon Wireless, | § | |
| Sprint Corporation, | § | |
| Sprint Solutions, Inc., | § | |
| Sprint Spectrum LP, | § | |
| Boost Mobile, LLC, | § | |
| T-Mobiles USA, Inc., | § | |
| T-Mobile US, Inc., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file this Notice of Appearance of Counsel and hereby notifies the Court that Marissa Ducca of the law firm Quinn Emanuel Urquhart & Sullivan LLP, 777 6th Street NW, 11th Floor, Washington, DC 20009 is appearing as counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: January 14, 2015                    Respectfully submitted,

                                           */s/ Marissa Ducca*
                                           Marissa Ducca
                                           marissaducca@quinnemanuel.com
                                           QUINN EMANUEL URQUHART &

SULLIVAN LLP
777 6th Street NW, 11th Floor
Washington, DC 20009
Tel: 202-538-8109
Fax: 202-538-8100

**ATTORNEY FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD., AND
SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 14, 2015.

/s/ Marissa Ducca
Marissa Ducca