MISC. ORDER 15-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

# ORDER TRANSERRING PENDING CASES
# OF JUDGE DAVIS

In accordance with General Order 14-10 dated December 19, 2014, it is **ORDERED** that the following pending Tyler cases are hereby transferred to the specified judges:

**Non-Patent Civil Cases Transferred to Judge Schneider:**

6:12-cv-615, Ivey et al v. Helmerich & Payne, Inc. et al

6:12-mc-004, United States of America v. JHW Greentree Capital, L.P.

6:13-cv-141, Quintana v. USA

6:13-cv-277, Maberry v. James B. Nutter & Company

6:13-cv-036, Rodney Bryan, Individually and as rep of the estate of Shonnie Bryan et al v. General Motors, LLC et al

6:13-cv-541, Jones et al v. Allegiance Health Management, Inc. et al

6:13-cv-578, Joe Hand Promotions, Inc. v. The Spillway Club et al

6:13-cv-591, McWherter v. Director, TDCJ-CID

6:13-cv-631, Weaver v. City of Coffee City, Texas

6:13-cv-791, Willis v. US Postal Service

6:13-mc-017, In Re Sealed

6:14-cv-684, Pate v. Werner

6:14-cv-731, Thurston v. Director, TDCJ-CID

6:14-cv-790, Kossie v. Director, TDCJ-CID

6:14-cv-800, Newby v. Director, TDCJ-CID

6:14-cv-814, Brown v. Director, TDCJ-CID

6:14-cv-855, McKinney v. Director, TDCJ-CID

6:14-cv-877, Capps v. Director, TDCJ-CID

6:14-cv-889, Ducker v. Director, TDCJ-CID

6:14-cv-011, Helms v. US Bank National Association, as Trustee

6:14-cv-118, Suell v. Reynolds & Kay, Ltd.

6:14-cv-153, Ybarra Loera et al v. T&C Construction LTD et al

6:14-cv-181, Easley v. Regional Finance Corporation of Texas

6:14-cv-235, Talbot et al v. Scottsdale Insurance Company

6:14-cv-250, Kincade v. Livingston

6:14-cv-287, Eggers v. JPMorgan Chase Bank NA

6:14-cv-515, Smith et al v. City Of Longview et al

6:14-cv-519, Payne v. Stephen et al

6:14-cv-576, Slack v. Prudential Insurance Company of America

6:14-cv-607, Loviette et al v. 4-H Flowback Services, Inc.

6:14-cv-639, Rhodes v. Tyler Independent School District

6:14-cv-645, Rhodes v. Smith County

6:14-cv-649, Rhodes v. The University of Texas Health Center at Tyler

6:14-cv-734, Fleetwood v. General Motors, LLC

6:14-cv-735, Gonzales v. Lowe's Home Centers, LLC

6:14-cv-736, Robinson v. Texas College

6:14-cv-778, Deutsche Bank National Trust Company, as Trustee v. Kemp Independent School District et al

6:14-mc-014, Securities and Exchange Commission v. Management Solutions, Inc.

**Patent Cases Transferred to Judge Gilstrap:**

6:10-cv-473, Ericsson Inc. et al v. D-Link Corporation et al

6:11-cv-496, UltimatePointer, L.L.C. v. Nintendo Co., Ltd. et al

6:11-cv-571, UltimatePointer, LLC v. Nintendo Co., LTD., et al

6:12-cv-0659, PersonalWeb Technologies LLC et al v. Rackspace US, Inc. et al

6:12-cv-0661, PersonalWeb Technologies LLC et al v. International Business Machines Corporation

6:12-cv-0799, Invensys Systems, Inc. v. Emerson Electric Co. et al

6:12-cv-0956, Marshall Feature Recognition, LLC v. Pepsi-Cola Company et al

6:14-cv-182, NovelPoint Tracking LLC v. Bushnell Inc

6:14-cv-759, Cellular Communications Equipment LLC v. Samsung Electronics Co., Ltd. et al

**Patent Cases Transferred to Judge Schroeder:**

1:14-cv-440, PanTaurus LLC v. Chevron Corp.

6:09-cv-171, Litepanels, Ltd et al v. Switronix, Inc et al

6:10-cv-417, VirnetX Inc. v. Cisco Systems, Inc. et al

6:11-cv-492, Network-1 Technologies, Inc v. Alcatel-Lucent USA Inc. et al

6:11-cv-563, VirnetX Inc. v. Apple Inc.

6:12-cv-0578, Commonwealth Scientific and Industrial Research Organisation v. MediaTek Inc. et al

6:12-cv-0611, Oil States Energy Services, L.L.C. v. Trojan Wellhead Protection, Inc. et al

6:12-cv-842, Commonwealth Scientific and Industrial Research Organisation v. Real Communications, Inc.

6:12-cv-0855, VirnetX Inc. et al v. Apple Inc.

6:12-cv-0968, Uniloc Luxembourg S.A. et al v. Corel Inc.

6:12-cv-0972, Uniloc Luxembourg S.A. et al v. PerkinElmer, Inc.

6:12-cv-1013, Uniloc Luxembourg S.A. et al v. Take-Two Interactive Software, Inc. et al

6:12-cv-1014, Uniloc Luxembourg S.A. et al v. Bitdefender LLC et al

6:12-cv-1015, Uniloc Luxembourg S.A. et al v. PerkinElmer, Inc. et al

6:12-cv-1017, Uniloc Luxembourg S.A. et al v. Nuance Communications, Inc.

6:12-cv-1018, Uniloc Luxembourg S.A. et al v. TechSmith Corporation

6:13-cv-184, EVM Systems, LLC v. Rex Medical, L.P. et al

6:13-cv-366, Georgetown Rail Equipment Company v. Holland L.P.

6:13-cv-367, Uniloc USA, Inc. et al v. Ipswitch, Inc.

6:13-cv-419, Mirror Worlds Technologies, LLC v. Apple Inc. et al

6:13-cv-626, Uniloc USA, Inc. et al v. AVG Technologies USA, Inc.

6:13-cv-627, Uniloc USA, Inc. et al v. SEGA of America, Inc.

6:13-cv-628, Uniloc USA, Inc. et al v. Ubisoft, Inc.

6:13-cv-629, Uniloc USA, Inc. et al v. Valve Corporation

6:13-cv-794, Uniloc USA, Inc. et al v. Comodo Group, Inc. et al

6:13-cv-795, Uniloc USA, Inc. et al v. Kaspersky Lab, Inc.

6:13-cv-796, Uniloc USA, Inc. et al v. Parallels, Inc.

6:13-cv-798, Uniloc USA, Inc. et al v. Trend Micro Incorporated

6:13-cv-941, Mirror Worlds Technologies, LLC v. Dell Inc. et al

6:13-mc-037, VirnetX Inc. et al v. Apple Inc.

6:14-cv-415, Uniloc USA, Inc. et al v. ArcSoft, Inc.

6:14-cv-416, Uniloc USA, Inc. et al v. Ableton, Inc.

6:14-cv-417, Uniloc USA, Inc. et al v. Acronis, Inc.

6:14-cv-418, Uniloc USA, Inc. et al v. Altova, Inc.

6:14-cv-419, Uniloc USA, Inc. et al v. Cambium Learning Group, Inc.

6:14-cv-420, Uniloc USA, Inc. et al v. Canon U.S.A., Inc.

6:14-cv-421, Uniloc USA, Inc. et al v. Chief Architect, Inc.

6:14-cv-422, Uniloc USA, Inc. et al v. Code 42 Software, Inc.

6:14-cv-423, Uniloc USA, Inc. et al v. Edgewater Marine Industries, LLC

6:14-cv-424, Uniloc USA, Inc. et al v. Embarcadero Technologies, Inc.

6:14-cv-425, Uniloc USA, Inc. et al v. Encore Software, Inc.

6:14-cv-426, Uniloc USA, Inc. et al v. Juniper Networks, Inc.

6:14-cv-427, Uniloc USA, Inc. et al v. Kofax, Inc.

6:14-cv-428, Uniloc USA, Inc. et al v. Native Instruments North America, Inc.

6:14-cv-429, Uniloc USA, Inc. et al v. Perfect World Entertainment, Inc.

6:14-cv-430, Uniloc USA, Inc. et al v. TLM, Inc.

6:14-cv-570, Uniloc USA, Inc. et al v. Avanquest North America, Inc.

6:14-cv-571, Uniloc USA, Inc. et al v. Brocade Communication Systems, Inc.

6:14-cv-572, Uniloc USA, Inc. et al v. Corel Inc.

6:14-cv-573, Uniloc USA, Inc. et al v. DRS Technologies, Inc.

6:14-cv-574, Uniloc USA, Inc. et al v. Rapid7, LLC

6:14-cv-575, Uniloc USA, Inc. et al v. SDL International America Incorporated

6:14-cv-577, Uniloc USA, Inc. et al v. Zebra Technologies Corporation

6:14-cv-678, TracBeam, L.L.C. v. T-Mobile US, Inc. et al

6:14-cv-680, TracBeam, L.L.C. v. Apple Inc.

6:14-cv-796, Oil States Energy Services, L.L.C. et al v. JK Red Dirt Rentals, Inc.

Signed this 14 day of January, 2015.

**FOR THE COURT:**

                                      LEONARD DAVIS
                                      U.S. District Judge