IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cellular Communications Equipment LLC § | |
| § | Civil Action No. 6:14-cv-759-LED |
| Plaintiff, § | |
| v. § | |
| § | Jury Trial Demanded |
| Samsung Electronics Co., Ltd., § | |
| Samsung Electronics America, Inc., § | |
| Samsung Telecommunications America, § | |
| LLC, § | |
| AT&T Inc., § | |
| AT&T Mobility LLC, § | |
| Verizon Communications, Inc., § | |
| Cellco Partnership d/b/a Verizon Wireless, § | |
| Sprint Corporation, § | |
| Sprint Solutions, Inc., § | |
| Sprint Spectrum LP, § | |
| Boost Mobile, LLC, § | |
| T-Mobiles USA, Inc., § | |
| T-Mobile US, Inc., § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE AS COUNSEL

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC file this Notice of Appearance of Counsel and hereby notifies the Court that Victoria Maroulis of the law firm Quinn Emanuel Urquhart & Sullivan LLP, 555 Twin Dolphin Dr., 5th Floor, Redwood Shores, CA 94065 is appearing as counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: January 14, 2015                    Respectfully submitted,

                                           */s/ Victoria Maroulis*
                                           Victoria Maroulis

victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100

**ATTORNEY FOR DEFENDANTS
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA, INC.,
AND SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 14, 2015.

*/s/ Victoria Maroulis*
Victoria Maroulis