**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., ET AL.,<br><br>Defendants. | Civil Action No. 6:14-cv-759-JRG |

**NOTICE OF COMPLIANCE REGARDING P.R. 3-3 AND 3-4 DISCLOSURES**

Pursuant to the Court's June 15, 2015 Docket Control Order [Dkt #63], Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.[1] hereby notify the Court that they served their P.R. 3-3 and 3-4 Invalidity Contentions and accompanying document production upon Plaintiff's counsel of record on July 10, 2015.

Dated: July 13, 2015

Respectfully submitted,

By: */s/ Michael E. Jones*

Kevin Johnson
kevinjohnson@quinnemanuel.com
Victoria Maroulis
victoriamaroulis@quinnemanuel.com
Ray Zado
rayzado@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100

---

[1] Samsung Telecommunications America, LLC ("STA") no longer exists as an entity, and on January 14, 2015, the Samsung and CCE jointly filed a Stipulation of Dismissal of STA, which is currently pending. (Dkt. 27).

Marissa Ducca
marissaducca@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
777 6th Street NW, 11th Floor
Washington, D.C. 20009
Tel:202-538-8109
Fax: 202-538-8100

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEY FOR DEFENDANT, SAMSUNG ELECTRONICS CO., LTD.; SAMSUNG ELECTRONICS AMERICA, INC.; AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 13, 2015.

*/s/ Michael E. Jones*