IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| Cellular Communications Equipment LLC,<br><br>Plaintiff,<br><br>v.<br><br>Samsung Electronics Co., Ltd.,<br>Samsung Electronics America, Inc.,<br>Samsung Telecommunications America,<br>LLC, AT&T Inc., AT&T Mobility LLC,<br>Verizon Communications, Inc.,<br>Cellco Partnership d/b/a Verizon Wireless,<br>Sprint Corporation, Sprint Solutions, Inc.,<br>Sprint Spectrum LP, Boost Mobile, LLC,<br>T-Mobiles USA, Inc., T-Mobile US, Inc.,<br><br>Defendants. | Civil Action No. 6:14-cv-759-JRG-KNM<br><br>Jury Trial Demanded |

## **NOTICE OF APPEARANCE AS COUNSEL**

Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC file this Notice of Appearance of Counsel and hereby notifies the Court that Deepa Acharya of the law firm Quinn Emanuel Urquhart & Sullivan LLP, 777 6th Street NW, 11th Floor, Washington, DC 20001 is appearing as counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: August 25, 2015

Respectfully submitted,

/s/ *Deepa Acharya*
Deepa Acharya
deepaacharya@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
777 6th Street NW, 11th Floor
Washington, DC 20001
Phone: (202) 538-8000
Fax:    (202) 538-8100

**ATTORNEY FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 25, 2015.

Respectfully submitted,

/s/ *Deepa Acharya*
Deepa Acharya

05878-00001/7136070.1