## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 6:14-CV-759** |
| **SAMSUNG ELECTRONICS CO., LTD., et al.,** | § § § | |
| **Defendants.** | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this action, has been presented for consideration. The Report and Recommendation (ECF 93) recommends that the Joint Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim (ECF 37) be granted-in-part and denied-in-part. No written objections to the Report and Recommendation have been filed. Accordingly, the findings and conclusions of the Magistrate Judge are adopted as those of the Court.  It is

**ORDERED** that the Joint Motion to Dismiss Plaintiff's First Amended Complaint for Failure to State a Claim (ECF 37) is **GRANTED-IN-PART** and **DENIED-IN-PART**.

**So ORDERED and SIGNED this 17th day of September, 2015.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE