IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>Defendants. | **Civil Action No. 6:14-cv-759** |
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC., et al.,<br>Defendants. | **Civil Action No. 6:14-cv-982**<br><br>Consolidated Lead Case |

**JOINT NOTICE REGARDING JOINT MOTION TO AMEND
DOCKET CONTROL ORDERS AND FOR NEW TRIAL SETTINGS**

Pursuant to the Court's comments at the September 22, 2015 hearing, Plaintiff Cellular Communications Equipment LLC and Defendants to each of the above-captioned actions hereby submit their consent to trial before Magistrate Judge Mitchell. In light of the expressed ability to accommodate the Parties' Joint Motion to Amend Docket Control Orders and for New Trial Settings, the parties in each of the above-listed cases respectfully request that the Court adopt the proposed schedules recently submitted. *See* Dkt No. 102 (759 case); Dkt No. 115 (982 cases). Those schedules reflect the positions of the parties to the 759 and 982 cases (including

those parties who are also parties to the 507 cases) that the present order of cases/trials should be maintained (*i.e.*, the 507 cases/trials proceeding first, the 759 case/trial proceeding second, and the 982 cases/trials proceeding third). (*Id*. at 7-8.) In addition, the parties in all of the cases expect to meet and confer regarding proposing further modifications/clarifications to the schedules, including in particular a specific trial date for each case.

Dated: October 9, 2015                                                            Respectfully submitted,

| | |
|---|---|
| */s/ Edward R. Nelson III*<br>Edward R. Nelson III<br>ed@nelbum.com<br>Texas State Bar No. 00797142<br>S. Brannon Latimer<br>brannon@nelbum.com<br>Texas State Bar No. 24060137<br>Thomas C. Cecil<br>tom@nelbum.com<br>Texas State Bar No. 24069489<br><br>**NELSON BUMGARDNER PC**<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>**WARD & SMITH LAW FIRM**<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas 75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com | */s/ Christopher W. Kennerly*<br>Christopher W. Kennerly<br>TX Bar No. 00795077<br>chriskennerly@paulhastings.com<br>Jonas P. Herrell<br>CA Bar No. 279075<br>jonasherrell@paulhastings.com<br>**PAUL HASTINGS LLP**<br>1117 S. California Ave.<br>Palo Alto, CA 94304-1106<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br><br>Jeffrey D. Comeau<br>CA Bar No. 259679<br>jeffreycomeau@paulhastings.com<br>**PAUL HASTINGS LLP**<br>4747 Executive Drive<br>Twelfth Floor<br>San Diego, CA 92121-3114<br>Telephone: (858) 458-3000<br>Facsimile: (858) 458-3005<br><br>Trey Yarbrough<br>TX Bar No. 22133500<br>trey@yw-lawfirm.com<br>**YARBROUGH WILCOX, PLLC**<br>100 E. Ferguson St., Suite 1015<br>Tyler, Texas 75702<br>Telephone (903) 595-3111<br>Facsimile (903) 595-019 |

| | |
|---|---|
| claire@wsfirm.com<br><br>**ATTORNEYS FOR CELLULAR COMMUNICATIONS EQUIPMENT LLC** | **ATTORNEYS FOR AT&T MOBILITY LLC** |
| */s/ Robert W. Weber*<br>Robert W. Weber<br>Texas State Bar No. 21044800<br>**SMITH WEBER, L.L.P.**<br>5505 Plaza Drive<br>P.O. Box 6167<br>Texarkana, TX 75505-6167<br>Tele: (903) 223-5656<br>Fax: (903) 223-5652<br>Email: bweber@smithweber.com<br><br>and<br><br>Mark W. McGrory     (pro hac vice)<br>Mark.mcgrory@eriseip.com<br>Megan J. Redmond<br>Megan.redmond@eriseip.com<br>Caroline A. Bader<br>Carrie.bader@eriseip.com<br>**ERISE IP, P.A.**<br>6201 College Boulevard, Ste. 300<br>Tel: (913) 777-5600<br>Fax: (913) 777-5601<br><br>**ATTORNEYS FOR SPRINT SOLUTIONS, INC., SPRINT SPECTRUM L.P., AND BOOST MOBILE, LLC** | */s/ Jamie B. Beaber*<br>Jamie B. Beaber (D.C. Bar No. 484186)<br>Kfir B. Levy (D.C. Bar No. 989212)<br>Michael W. Maas (D.C. Bar No. 493685)<br>**MAYER BROWN LLP**<br>1999 K Street, N.W.<br>Washington, DC 20006-1101<br>Telephone: (202) 263-3000<br>Facsimile: (202) 263-3300<br>jbeaber@mayerbrown.com<br>klevy@mayerbrown.com<br>mmaas@mayerbrown.com<br><br>Robert G. Pluta (IL Bar No. 6278255)<br>**MAYER BROWN LLP**<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711<br>rpluta@mayerbrown.com<br><br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>State Bar No. 24043679<br>allengardner@potterminton.com<br>**POTTER MINTON P.C.**<br>110 N. College Avenue, Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>**ATTORNEYS FOR LG ELECTRONICS, INC. AND LG ELECTRONICS U.S.A., INC.** |
| /s/ Zachary T. Elsea<br>John C. Hueston (*Pro Hac Vice*)<br>Douglas J. Dixon (*Pro Hac Vice*)<br>**HUESTON HENNIGAN LLP** | /s/ Charles T. Steenburg<br>Richard L. Wynne<br>Texas State Bar No. 24003214<br>richard.wynne@tklaw.com |

3

| | |
|---|---|
| 620 Newport Center Dr., Suite 1300<br>Newport Beach, CA 92660<br>Telephone: (949) 226-6741<br>DDixon@hueston.com<br>JHueston@hueston.com<br><br>Alexander C.D. Giza (Admitted E.D. Tex.)<br>Zachary T. Elsea (*Pro Hac Vice*)<br>**HUESTON HENNIGAN LLP**<br>523 West 6th Street, Suite 400<br>Los Angeles, CA 90014<br>Telephone: (213) 788-4340<br>agiza@hueston.com<br><br>Melissa R. Smith<br>State Bar No. 24001351<br>**GILLAM & SMITH, LLP**<br>303 S. Washington Ave.<br>Marshall, TX 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>melissa@gillamsmithlaw.com<br><br>**ATTORNEYS FOR DEFENDANTS T-MOBILE USA, INC. AND T-MOBILE US, INC.** | **THOMPSON & KNIGHT LLP**<br>One Arts Plaza<br>1722 Routh St., Suite 1500<br>Dallas, TX 75201<br>Telephone: 214.969.1386<br>Fax: 214.880.3267<br><br>Michael N. Rader (*pro hac vice*)<br>Charles T. Steenburg (*pro hac vice*)<br>Chelsea A. Loughran (*pro hac vice*)<br>W. Brett Morrison (*pro hac vice*)<br>mrader@wolfgreenfield.com<br>csteenburg@wolfgreenfield.com<br>cloughran@wolfgreenfield.com<br>wmorrison@wolfgreenfield.com<br><br>**WOLF, GREENFIELD & SACKS, P.C.**<br>600 Atlantic Avenue<br>Boston, MA 02210-2206<br>Telephone: 617-646-8000<br>Facsimile: 617-646-8646<br><br>**ATTORNEYS FOR DEFENDANT SONY MOBILE COMMUNICATIONS (USA) INC.** |
| */s/ Michael E. Jones*<br>Michael E. Jones<br>State Bar No. 10929400<br>Patrick C. Clutter, IV<br>State Bar No. 24036374<br>mikejones@potterminton.com<br>patrickclutter@potterminton.com<br>**POTTER MINTON, P.C.**<br>110 N. College Ave., Suite 500<br>Tyler, Texas 75702<br>Telephone: (903) 597-8311<br>Facsimile: (903) 593-0846<br><br>Charles B. Molster, III<br>Virginia State Bar No. 23613<br>Thomas M. Dunham<br>D.C. Bar No. 448407<br>Corrine M. Saylor<br>D.C. Bar No. 997638 (Pro Hac Vice) | /s/ Jose L. Patiño<br>Jose L. Patiño (CA Bar No. 149568)<br>    jpatino@foley.com<br>Christopher C. Bolten (CA Bar No. 268284)<br>    cbolten@foley.com<br>Wendy W. Cheung (CA Bar No. 285802)<br>    wcheung@foley.com<br>**FOLEY & LARDNER LLP**<br>3579 Valley Centre Drive, Suite 300<br>San Diego, CA 92130-3302<br>Telephone:    858.847.6700<br>Facsimile:    858.792.6773<br><br>Cynthia J. Rigsby (WI Bar No. 1025479)<br>    crigsby@foley.com<br>Michelle A. Moran (WI Bar No. 1073953)<br>    mmoran@foley.com<br>**FOLEY & LARDNER LLP**<br>777 E. Milwaukee Avenue<br>Milwaukee, WI 53202-2400<br>Telephone:    414.271.2400 |

| | |
|---|---|
| cmolster@winston.com<br>tdunham@winston.com<br>csaylor@winston.com<br>**WINSTON &STRAWN LLP**<br>1700 K Street, N.W.<br>Washington, D.C. 20006-3817<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br><br>Sarah J. Kalemeris<br>IL Bar No. 6303644<br>skalemeris@winston.com<br>**WINSTON & STRAWN LLP**<br>35 W Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br><br>**ATTORNEYS FOR CELLCO PARTNERSHIP D/B/A/ VERIZON WIRELESS** | Facsimile:      414.297.4900<br><br>**ATTORNEYS FOR DEFENDANT KYOCERA COMMUNICATIONS, INC.** |
| | /s/ Michael E. Jones<br>Kevin Johnson<br>kevinjohnson@quinnemanuel.com<br>Victoria Maroulis<br>victoriamaroulis@quinnemanuel.com<br>Ray Zado<br>rayzado@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Tel: 650-801-5000<br>Fax: 650-801-5100<br><br>Marissa Ducca<br>marissaducca@quinnemanuel.com<br>**QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>777 6th Street NW, 11th Floor<br>Washington, D.C. 20009<br>Tel:202-538-8109<br>Fax: 202-538-8100<br><br>Michael E. Jones |

|  | State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>State Bar No. 24043679<br>allengardner@potterminton.com<br>**POTTER MINTON**<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br><br>**ATTORNEYS FOR DEFENDANT, SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.** |
|---|---|

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule CV-7(h), the undersigned certifies that counsel for all Defendants conferred with counsel for CCE, and the Parties agreed to jointly file this submission.

*/s/ Christopher W. Kennerly*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on October 9, 2015 via the Court's CM/ECF system.

*/s/ Christopher W. Kennerly*