# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>     Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD, ET AL<br><br>     Defendants. | CIVIL ACTION NO. 6:14-cv-759<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF SUBMISSION OF TECHNOLOGY TUTORIAL

COMES NOW Plaintiff and hereby notifies the Court and all parties of record that on today's date, Plaintiff submitted via hand delivery its Technology Tutorial to the Court. A copy of the tutorial was also sent electronically to opposing counsel.

**Dated: October 23, 2014**                      Respectfully submitted,

                                                                 */s/ Edward R. Nelson, III by permission Claire A. Henry*
                                                                 Edward R. Nelson, III
                                                                 LEAD ATTORNEY
                                                                 enelson@nbclaw.net
                                                                 Texas State Bar No. 00797142
                                                                 Brent N. Bumgardner
                                                                 bbumgardner@nbclaw.net
                                                                 Texas State Bar No. 00795272
                                                                 Barry J. Bumgardner
                                                                 barry@nbclaw.net
                                                                 Texas State Bar No. 00793424
                                                                 S. Brannon Latimer
                                                                 blatimer@nbclaw.net
                                                                 Texas State Bar No. 24060137
                                                                 Thomas C. Cecil

tcecil@nbclaw.net
Texas State Bar No. 24069489
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone:  (817) 377-9111
Fax:  (817) 377-3485

T. John Ward, Jr.
Texas State Bar No. 00794818
J. Wesley Hill
Texas State Bar No. 24032294
Claire Abernathy Henry
Texas State Bar No. 24053063
WARD, SMITH & HILL, PLLC
P.O. Box 1231
1127 Judson Rd. Ste. 220
Longview, Texas  75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com
wh@wsfirm.com
ch@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
CELLULAR COMMUNICATIONS
EQUIPMENT LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 23rd day of October, 2015.

/s/ Claire Abernathy Henry