**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>             Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., ET AL.,<br><br>             Defendants. | Civil Action No. 6:14-cv-759-KNM |

## JOINT CLAIM CONSTRUCTION CHART PURSUANT TO P.R. 4-5(d)

Pursuant to P.R. 4-5(d) and the Court's Docket Control Orders (as amended), Plaintiff and Defendants (collectively, the "Parties") jointly file the Claim Construction Chart attached hereto as Exhibit A addressing terms for construction in this case.

The Parties also present their respective proposed constructions for the following disputed terms that the Court previously construed to place the parties' proposed constructions in the record.  As set forth in the parties' Joint Claim Construction and Prehearing Statement (Dkt 107), the Parties agree that the Court's prior constructions of these terms will govern in this case and that the claim construction record from *Cellular Communications Equipment LLC, v. HTC Corp.*, *et al.*, Case No. 6:13-cv-507 (the "First CCE Case") is incorporated by reference into this case and that the parties may rely on that record for purposes of appeal.

1

| Claim Term | Plaintiff's Proposed Construction | Defendants Proposed Construction | Court's Prior Construction |
|---|---|---|---|
| "usage" ('820 patent, cl. 1, 12, 24) | Plain and ordinary meaning; no construction necessary. | "an act, way, or manner of using" | Plain meaning<br><br>Memorandum Opinion and Order dated Jun. 1, 2015, Dkt. 413, Case No. 6:13-cv-507 |
| "at a start of a message transmission" ('174 patent, cl. 1, 9, 17, 18) | Not indefinite. | This term is indefinite under 35 U.S.C. § 112, ¶ 2. | The phrase "at a start of a message transmission using a first one of the codes" modifies "a total transmit power of the subscriber station for the codes."<br><br>Not indefinite.<br><br>Memorandum Opinion and Order dated Mar. 9, 2015, Dkt. 363, Case No. 6:13-cv-507 |
| "at a start of a message transmission using a first one of the codes" ('174 patent, cl. 1, 9, 17, 18) | Not indefinite. | This term is indefinite under 35 U.S.C. § 112, ¶ 2. | The phrase "at a start of a message transmission using a first one of the codes" modifies "a total transmit power of the subscriber station for the codes."<br><br>Not indefinite.<br><br>Memorandum Opinion and Order dated Mar. 9, 2015, Dkt. 363, Case No. 6:13-cv-507 |

| | | | |
|---|---|---|---|
| "a transmit power difference which is to be maintained" ('174 patent, cl. 1, 17, 18) / "maintaining a previously determined transmit power different" ('174 patent, cl. 9) | Plain and ordinary meaning; no construction necessary. | "an unused transmit power that is required to exist" / "a previously determined unused transmit power that is required to exist" | Plain meaning<br><br>Memorandum Opinion and Order dated Mar. 9, 2015, Dkt. 363, Case No. 6:13-cv-507 |
| "a message of the messages" ('8923 patent, cl. 1, 24) | Plain and ordinary meaning; no construction necessary. | "one or more, but less than all, of the messages" | "one or more, but less than all, of the messages"<br><br>Memorandum Opinion and Order dated Jun. 1, 2015, Dkt. 413, Case No. 6:13-cv-507 |
| "tamper resistant" ('8923 patent, cl. 26) | Plain and ordinary meaning; no construction necessary. | "resistant to being affected by a user or other parties that are beyond the control of the network operator" | Plain meaning<br><br>Memorandum Opinion and Order dated Jun. 1, 2015, Dkt. 413, Case No. 6:13-cv-507 |
| "a diverting unit configured to divert a message of the messages sent from the application program and destined for the communication network" ('8923 patent, cl. 24) | Plain and ordinary meaning; no construction necessary. | "a diverting unit configured to redirect a message of the messages sent from the application program and destined for the communication network from the path it would have taken if not redirected on to an alternate path" | Plain meaning<br><br>Memorandum Opinion and Order dated Mar. 9, 2015, Dkt. 363, Case No. 6:13-cv-507 |

DATED:  November 20, 2015

| | |
|---|---|
| */s/ Edward R. Nelson, III*<br>Edward R. Nelson, III<br>ed@nelbum.com<br>Texas State Bar No. 00797142<br>S. Brannon Latimer<br>brannon@nelbum.com<br>Texas State Bar No. 24060137<br>Thomas C. Cecil<br>tom@nelbum.com<br>Texas State Bar No. 24069489<br>Ryan P. Griffin<br>ryan@nelbum.com<br>Texas State Bar No. 24053687<br>Nelson Bumgardner Casto, p.c.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone:  (817) 377-9111<br>Fax:  (817) 377-3485<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>Ward & Smith Law Firm<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas  75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF<br>CELLULAR COMMUNICATIONS<br>EQUIPMENT LLC** | |
| */s/ Michael E. Jones*<br>Michael E. Jones<br>State Bar No. 10929400 | By:   */s/ Michael E. Jones*<br>Kevin Johnson<br>kevinjohnson@quinnemanuel.com |

4

Patrick C. Clutter, IV
State Bar No. 24036374
mikejones@potterminton.com
patrickclutter@potterminton.com
Potter Minton, P.C.
110 N. College Ave., Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
 Fax: (903) 593-0846

Charles B. Molster, III
Virginia State Bar No. 23613
Thomas M. Dunham
D.C. Bar No. 448407
Corrine M. Saylor
D.C. Bar No. 997638 (*Pro Hac Vice*)
cmolster@winston.com
tdunham@winston.com
csaylor@winston.com
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20006-3817
Tel: (202) 282-5000
Fax: (202) 282-5100

Sarah J. Kalemeris
IL Bar No. 6303644
skalemeris@winston.com
WINSTON & STRAWN LLP
35 W Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

**ATTORNEYS FOR CELLCO
PARTNERSHIP D/B/A/ VERIZON
WIRELESS**

/s/ *Caroline A. Bader*
Mark McGrory (*pro hac vice*)
Megan J. Redmond (*pro hac vice*)
Carrie A. Bader (*pro hac vice*)
ERISE IP
6201 College Boulevard, Suite 300
Overland Park, KS 66211
Office: 913-777-5600
Fax: 913-777-5601
Mark.mcgrory@eriseip.com
Megan.redmond@eriseip.com

Victoria Maroulis
victoriamaroulis@quinnemanuel.com
Ray Zado
rayzado@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100

Marissa Ducca
Deepa Acharya
marissaducca@quinnemanuel.com
deepaacharya@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN LLP**
777 6th Street NW, 11th Floor
Washington, D.C. 20009
Tel:202-538-8109
Fax: 202-538-8100

 Michael E. Jones
 State Bar No. 10929400
 mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

**ATTORNEY FOR DEFENDANT,
SAMSUNG ELECTRONICS CO., LTD.;
SAMSUNG ELECTRONICS AMERICA,
INC.; AND SAMSUNG
TELECOMMUNICATIONS
AMERICA, LLC**

/s/ *Christopher W. Kennerly*
Christopher W. Kennerly
TX Bar No. 00795077
chriskennerly@paulhastings.com
Jonas P. Herrell
CA Bar No. 279075
jonasherrell@paulhastings.com
PAUL HASTINGS LLP

5

Carrie.bader@eriseip.com

Robert W. Weber
Texas State Bar No. 21044800
SMITH WEBER, L.L.P.
5505 Plaza Drive
P.O. Box 6167
Texarkana, TX 75505-6167
Tele: (903) 223-5656
Fax: (903) 223-5652
Email: bweber@smithweber.com

Mark W. McGrory (*pro hac vice*)
Erise IP, P.A.
6201 College Blvd, Ste 300
Overland Park, KS  66211
(913) 777-5600
(913) 777-5601 - fax
mark.mcgrory@eriseip.com

**ATTORNEYS FOR SPRINT SOLUTIONS,
INC., SPRINT SPECTRUM L.P., AND
BOOST MOBILE, LLC**

/s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 S. Washington Ave.
Marshall, TX 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

John C. Hueston
Alex C. D. Giza
Douglas J. Dixon
HUESTON HENNIGAN LLP
620 Newport Center Dr., Ste. 1300
Newport Beach, CA 92660
Phone: (949) 229-8640
JHueston@hueston.com
AGiza@hueston.com
DDixon@hueston.com

**ATTORNEYS FOR T-MOBILE USA, INC.
AND T-MOBILE US, INC.**

1117 S. California Ave.
Palo Alto, CA  94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Jeffrey D. Comeau
CA Bar No. 259679
jeffreycomeau@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive
Twelfth Floor
San Diego, CA 92121-3114
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Trey Yarbrough
TX Bar No. 22133500
trey@yw-lawfirm.com
YARBROUGH WILCOX, PLLC
100 E. Ferguson St., Suite 1015
Tyler, Texas 75702
Telephone (903) 595-3111
Facsimile (903) 595-019

**ATTORNEYS FOR AT&T MOBILITY LLC**

6

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November, 2015, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Brian E. Mack