# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, § § § | |
| Plaintiff, § § | Civil Action No. 6:14-cv-759-LED |
| vs. § § | JURY TRIAL DEMANDED |
| SAMSUNG ELECTRONICS CO., LTD., § et al., § § | |
| Defendants. § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Bobby Lamb of Gillam & Smith, LLP enters his appearance on behalf of Defendants T-Mobile US, Inc. and T-Mobile USA, Inc. in this matter as additional counsel.

Bobby Lamb may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934-8450; Facsimile: (903) 934-9257; e-mail wrlamb@gillamsmithlaw.com.

Dated:  January 7, 2016                     Respectfully submitted,

 */s/ Bobby Lamb*
Bobby Lamb
State Bar No. 24080997
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:  (903) 934-9257
Email:  wrlamb@gillamsmithlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 7th day of January, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                /s/ Bobby Lamb
                                                Bobby Lamb