IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>    Defendants. | Civil Action No. 6:14-cv-759-KNM |

**DECLARATION OF RAY ZADO IN SUPPORT OF
DEFENDANTS' SUPPLEMENTAL BRIEF ON CLAIM CONSTRUCTION**

I, Ray Zado, declare as follows:

    1.    I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Samsung") in this matter. I have personal knowledge of the facts stated herein and if called to testify, could and would competently testify thereto.

    2.    Attached as Exhibit A is a true and correct copy of the Final Written Decision of the Patent Trial and Appeal Board entered January 4, 2016 in the case of IPR2014-01133, publicly available through the website of the United States Patent and Trademark Office at https://ptabtrials.uspto.gov.

    3.    Attached as Exhibit B is a true and correct copy of U.K. Patent Application No. GB 2376766A, which was marked as Exhibit 1008 in the case of IPR2014-01133, publicly

1

available through the website of the United States Patent and Trademark Office at https://ptabtrials.uspto.gov.

    4.    Attached as Exhibit C is a true and correct copy of U.S. Patent Publication No. 2002/0065869, which was marked as Exhibit 1010 in the case of IPR2014-01133, publicly available through the website of the United States Patent and Trademark Office at https://ptabtrials.uspto.gov.

    5.    Attached as Exhibit D is a true and correct copy of the Patent Owner's Response dated May 15, 2015 in the case of IPR2014-01133, publicly available through the website of the United States Patent and Trademark Office at https://ptabtrials.uspto.gov.

    6.    Attached as Exhibit E is a true and correct copy of U.S. Patent No. 7,218,923, which was marked as Exhibit 1001 in the case of IPR2014-01133, publicly available through the website of the United States Patent and Trademark Office at https://ptabtrials.uspto.gov.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed January 19, 2016 in Redwood Shores, California.

                                      */s/ Ray Zado*
                                      Ray Zado