# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>Defendants. | Civil Action No. 6:14-cv-759-KNM |

## NOTICE OF APPEARANCE AS COUNSEL

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file this Notice of Appearance of Counsel and hereby notify the Court that R. Paul Zeineddin of the law firm Zeineddin PLLC, 1717 K Street, NW, Suite 900, Washington, DC 20006 is appearing as counsel for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: February 23, 2016

Respectfully submitted,

*/s/ R. Paul Zeineddin*
R. Paul Zeineddin
ZEINEDDIN PLLC
1717 K. Street, NW, Suite 900
Washington, DC 20006
Tel: 202-787-1051
Fax: 202-776-0136
paul@zeineddin.com

**ATTORNEY FOR DEFENDANTS SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,**

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who have consented to electronic service and are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 23, 2016.

                                      */s/ R. Paul Zeineddin*
                                      R. Paul Zeineddin