IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:14-CV-759 |
| SAMSUNG ELECTRONICS CO., LTD., et al., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.'s ("Samsung") Motion to Compel CCE to Produce The Inventors of The Patents-in-Suit for Deposition or In The Alternative Preclude The Inventors' Testimony at Trial ("the Motion"). Doc. No. 215. The Court sets the Motion for hearing on **April 26, at 9:00 a.m.**

The Court further **ORDERS** an expedited briefing schedule. Plaintiff Cellular Communications Equipment, LLC is **ORDERED** to submit its response to the Motion on or before April 21, 2016. Samsung is **ORDERED** to submit its reply on or before April 25, 2016.

**So ORDERED and SIGNED this**
Apr 14, 2016

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE