# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>       Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br><br>       Defendants. | Civil Action No. 6:14-cv-759-KNM |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

Before the Court is Plaintiff Cellular Communications Equipment LLC's ("CCE") and Defendants Samsung Electronics, Co. Ltd and Samsung Electronics America, Inc.'s (together, "Samsung") Notice of Settlement and Joint Motion to Stay All Deadlines.

Upon consideration of the joint motion, the Court finds that the request for a stay therein should be GRANTED.

It is therefore ORDERED that all case deadlines in this matter (including any pending motions) are stayed for forty-five (45) days, in which time the parties plan to finalize their settlement and file dismissal papers with the Court.

So ORDERED and SIGNED this 22nd day of April, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE