IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **CELLULAR COMMUNICATIONS EQUIPMENT LLC,**<br>Plaintiff,<br><br>v.<br><br>**SAMSUNG ELECTRONICS CO., LTD., et al.,**<br>Defendants. | Civil Action No. 6:14-cv-759<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cellular Communications Equipment LLC ("CCE") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Samsung"), hereby state that they have reached an agreement settling the matters in controversy between them in Civil Action No. 6:14-cv-759. Accordingly, CCE and Samsung stipulate to the dismissal of all of CCE's claims against Samsung and all of Samsung's claims against CCE from Civil Action No. 6:14-cv-759 WITH PREJUDICE.

In view of this, Plaintiff also seeks to dismiss Samsung's co-Defendants, namely AT&T Mobility LLC, Cellco Partnership d/b/a Verizon Wireless, Sprint Solutions, Inc., Sprint Spectrum L.P., Boost Mobile, LLC, T-Mobile USA, and T-Mobile US, Inc., from Civil Action No. 6:14-cv-759 WITH PREJUDICE.  The Samsung co-Defendants do not oppose.

CCE and Samsung ask that the Court enter the attendant proposed Order of Dismissal, with each party to bear its own costs, expenses and attorneys' fees.

**Dated: May 19, 2016**

| | |
|---|---|
| Respectfully submitted,<br><br>*/s/ Edward R. Nelson III*<br>Edward R. Nelson III<br>ed@nelbum.com<br>Texas State Bar No. 00797142<br>Brent N. Bumgardner<br>brent@nelbum.com<br>Texas State Bar No. 00795272<br>Thomas C. Cecil<br>tom@nelbum.com<br>Texas State Bar No. 24069489<br>Ryan P. Griffin<br>ryan@nelbum.com<br>Texas State Bar No. 24053687<br>NELSON BUMGARDNER, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, Texas 76107<br>Phone: (817) 377-9111<br>Fax: (817) 377-3485<br><br>Jeffrey R. Bragalone<br>Texas Bar No. 02855775<br>Terry A. Saad<br>Texas Bar No. 24066015<br>Jonathan H. Rastegar<br>Texas Bar No. 24064043<br>BRAGALONE CONROY PC<br>2200 Ross Avenue<br>Suite 4500W<br>Dallas, TX 75201<br>Tel: (214) 785-6670<br>Fax: (214) 785-6680<br>jbragalone@bcpc-law.com<br>tsaad@bcpc-law.com<br>jrastegar@bcpc-law.com<br><br>Bradley W. Caldwell<br>Texas Bar No. 24040630<br>Email: bcaldwell@caldwellcc.com<br>Jason D. Cassady<br>Texas Bar No. 24045625<br>Email: jcassady@caldwellcc.com<br>John Austin Curry<br>Texas Bar No. 24059636<br>Email: acurry@caldwellcc.com | Respectfully submitted,<br><br>*/s/ Michael E. Jones*<br>Kevin Johnson<br>kevinjohnson@quinnemanuel.com<br>Victoria Maroulis<br>victoriamaroulis@quinnemanuel.com<br>Ray Zado<br>rayzado@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>555 Twin Dolphin Dr., 5th Floor<br>Redwood Shores, CA 94065<br>Tel: 650-801-5000<br>Fax: 650-801-5100<br><br>Marissa Ducca<br>Deepa Acharya<br>marissaducca@quinnemanuel.com<br>deepaacharya@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN LLP<br>777 6th Street NW, 11th Floor<br>Washington, D.C. 20009<br>Tel: 202-538-8109<br>Fax: 202-538-8100<br><br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>POTTER MINTON<br>A Professional Corporation<br>110 N. College, Suite 500<br>Tyler, Texas 75702<br>Tel: (903) 597-8311<br>Fax: (903) 593-0846<br><br>**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.** |

| | |
|---|---|
| CALDWELL CASSADY & CURRY<br>2101 Cedar Springs Road, Suite 1000<br>Dallas, TX 75201<br>Telephone: (214) 888-4848<br>Facsimile: (214) 888-4849<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>J. Wesley Hill<br>Texas State Bar No. 24032294<br>Claire Abernathy Henry<br>Texas State Bar No. 24053063<br>WARD, SMITH, & HILL PLLC<br>P.O. Box 1231<br>1127 Judson Rd. Ste. 220<br>Longview, Texas  75606-1231<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br>wh@wsfirm.com<br>claire@wsfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF CELLULAR COMMUNICATIONS EQUIPMENT LLC** | |

### **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h), I certify that the parties have met and conferred and that this Stipulation is unopposed.

*/s/ Edward R. Nelson III*

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2016, I electronically filed the foregoing document with the clerk of the Court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the Court's electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Edward R. Nelson III*