IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., et al.,<br>Defendants. | Civil Action No. 6:14-cv-759<br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal pertaining to Civil Action No. 6:14-cv-759. Having considered the Stipulated Dismissal, and finding that good cause exists for granting of the same, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that Civil Action No. 6:14-cv-759 is DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

So ORDERED and SIGNED this 20th day of May, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE