IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 6:14-CV-759 |
| SAMSUNG ELECTRONICS CO., LTD., et al., | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and an Order of Dismissal having been entered, it is hereby

**ORDERED** and **ADJUDGED** that the above-entitled cause of action is **DISMISSED WITH PREJUDICE**, each party bearing its own attorney's fees and costs.

All motions by either party not previously ruled on are hereby **DENIED.**

So ORDERED and SIGNED this 20th day of May, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE